1 | Ty Kharazi, Esq.; SBN 187894
Nancy D. Klepac, Esq.; SBN 253896
**KHARAZI & SIRABIAN**
1250 Fulton Mall, Suite 202
Fresno, CA 93721
Tel: (559) 441-1214
Fax: (559) 441-1215

Attorneys for Defendant,
E.W.H. GROUP, INC. dba
BAKERSFIELD MITSUBISHI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DENISE BEAUFORD,  )<br>           )<br>     Plaintiff,    )<br>           )<br>vs.          )<br>           )<br>E.W.H. GROUP INC. dba   )<br>BAKERSFIELD MITSUBISHI, and  )<br>DOES 1-50 inclusive   )<br>           )<br>     Defendants.   )<br>_____)<br>and related cross-actions   )<br>_____) | Case No: 1:09-CV-00066-AWI<br><br>State Case No.: S-1500-CV-263137<br>Kern County Superior Court<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT AND ORDER RESETTING DATES. (FRCP 9(b), 12(b)(1), 12(b)6)**<br><br>Date : March 2, 2009<br>Time: 1:30 p.m.<br>Dept: 2<br><br>Trial Date: Not yet assigned |

   PARTIES HEREBY stipulate and respectfully request this court to continue the hearing on Defendant's motion to dismiss from March 02, 2009 to May 11, 2009 at 1:30 p.m. Parties also ask that the mandatory scheduling conference be continued to 30 days after May 11, 2009, should the one be necessary.

---

1

**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS COMPLAINT AND ORDER THEREON**

1  Parties have agreed to engage in mediation and we believe the mediation should
2 be completed by mid-April.  Should the matter is not settled, then Plaintiff will have to file
3 her opposition to the motion to dismiss as if May 11, 2009 were the original hearing date
4 and all opposing and responsive papers shall be filed in accordance with that date.
5  Inasmuch as either the mediation of motion to dismiss may dispose the matter,
6 Parties respectfully request that the court continue the current joint scheduling conference
7 to a date at least past thirty days after May 11, 2009.

9  IT IS SO STIPULATED.

11 Dated: _February 6 ,2009           _____//s//__William Krieg_____
                                      William Krieg, Esq. Attorney for Plaintiff
12                                    DENISE BEAUFORD

14 Dated: February 5, 2009            ___ //s//__H. Ty  Kharazi_____
                                      H. Ty Kharazi, Attorney for Defendant E.W.H.
15                                    GROUP, INC. dba BAKERSFIELD MITSUBISHI

**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS COMPLAINT AND ORDER THEREON**

**ORDER**

Pursuant to the parties' stipulation,

1. The March 2, 2009 hearing date before the undersigned is VACATED;
2. Defendants' motion to dismiss is reset before the undersigned for May 11, 2009 at 1:30 p.m.;
3. The Mandatory Scheduling Conference set for April 15, 2009 is VACATED;
4. The Mandatory Scheduling Conference is reset for June 17, 2009 at 9:30 a.m. in Bakersfield, California before Magistrate Judge Theresa A. Goldner; and
5. The parties shall submit their Joint Scheduling Conference Report to Magistrate Judge Goldner by June 10, 2009.

IT IS SO ORDERED.

**Dated:   February 9, 2009**          /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS COMPLAINT AND ORDER THEREON**