William M. Krieg, SBN 066485
Eric M. Kapigian, SBN 238733
WILLIAM M. KRIEG & ASSOCIATES
2014 Tulare Street, Suite 700
Fresno, CA 93721
Telephone (559)441-7485
Facsimile (559)441-7488

Attorneys for DENISE BEAUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEAUFORD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>E.W.H. GROUP INC., doing business as BAKERSFIELD MITSUBISHI, and DOES 1 - 50, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: 1:09-CV-00066-AWI-BAK DLB<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT AND ORDER RESETTING DATES (FRCP 9(b), 12(b)(1), 12(b) 6)**<br><br>**Date: May 11, 2009**<br>**Time: 1:30 p.m.**<br>**Dept. 2**<br><br>**Trial Date: Not yet assigned** |

PARTIES HEREBY stipulate and respectfully request this court to continue the hearing on Defendant's Motion to Dismiss from May 11, 2009 to June 15, 2009 at 1:30 p.m. Parties also ask that the mandatory scheduling conference be continued to July 22, 2009, should one be necessary.

On April 17, 2009, the parties engaged in an unsuccessful mediation, but are continuing settlement discussions. If successful, settlement discussions will moot Defendant's Motion to Dismiss. Inasmuch as a possible settlement may dispose of this matter, the parties respectfully request that the court continue the current joint scheduling conference to a date at least 30 days after June 15 ,2009.

WILLIAM M. KRIEG
& ASSOCIATES
ATTORNEYS AT LAW
T.W. Patterson Building
2014 Tulare Street, Suite 700
Fresno, CA 93721
(559) 441-7485

STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT
AND ORDER RESETTING DATES (FRCP 9(b), 12(b)(1), 12(b) 6)

A facsimile signature may be used in place of an original for all purposes.

IT IS SO STIPULATED

Dated: April 22, 2009                                  WILLIAM M. KRIEG & ASSOCIATES

                                         /s/ WILLIAM M. KRIEG, ESQ.
                              By:        _____
                                         WILLIAM M. KRIEG,
                                         Attorney for Plaintiff

                                         /s/ H. TY KHARAZI, ESQ.
Dated: April 22, 2009                    _____
                                         H. Ty Kharazi, Attorney for
                                         Defendant E.W.H. GROUP, INC.
                                         dba BAKERSFIELD MITSUBISHI

## ORDER

Pursuant to the parties' stipulation,

1. The May 11, 2009 hearing date before the undersigned is VACATED;

2. Defendants' motion to dismiss is reset before the undersigned for June 15, 2009 at 1:30 p.m.;

3. The Mandatory Scheduling Conference set for June 17, 2009 is VACATED;

4. The Mandatory Scheduling Conference is reset for July 22, 2009 at 9:30 a.m. in Fresno, California before Magistrate Dennis L. Beck; and

5. The parties shall submit their Joint Scheduling Conference Report by July 15, 2009.

IT IS SO ORDERED.

**Dated:   April 22, 2009**                    **/s/ Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE

**WILLIAM M. KRIEG & ASSOCIATES**
ATTORNEYS AT LAW
T.W. Patterson Building
2014 Tulare Street, Suite 700
Fresno, CA 93721
(559) 441-7485

STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT
AND ORDER RESETTING DATES (FRCP 9(b), 12(b)(1), 12(b) 6)
2