IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEAUFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>E.W.H. GROUP, INC., dba BAKERSFIELD MITSUBISHI, and DOES 1-50, inclusive,<br><br>        Defendants. | NO. 1:09-CV-00066-AWI<br><br>ORDER VACATING JUNE 15, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION<br><br>(Document Nos. 9, 17) |

Defendants' motion to dismiss the complaint, and Plaintiff's motion to remand have been set for hearing in this case on June 15, 2009. The court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 15, 2009, is VACATED, and the parties shall not appear at that time. As of June 15, 2009, the court will take these matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 9, 2009                            /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE