IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEAUFORD, an individual,                 )<br>                                                                    )<br>            Plaintiff,                                            )<br>                                                                    )<br>     v.                                                            )<br>                                                                    )<br>E.W.H. GROUP INC., doing business          )<br>as BAKERSFIELD MITSUBISHI, and         )<br> DOES 1 - 50, inclusive,                                )<br>                                                                    )<br>            Defendant.                                       )<br>_____) | 1: 09-CV-0066 AWI BKG DLB<br><br>ORDER VACATING HEARING DATE OF AUGUST 10, 2009 AND TAKING MATTER UNDER SUBMISSION |

   Plaintiff has filed a motion for attorney's fees and costs.  The matter was scheduled for hearing to be held on August 10, 2009.  The court has reviewed the parties' briefs on this motion and has determined that the motion is suitable for decision without oral argument.  See Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 10, 2009, is VACATED, and no party shall appear at that time.  As of August 10, 2009, the court will take the matter under submission, and the court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 5, 2009                           /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE